[No. 35938-3-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD ERIC WICKSTROM, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01952-2, Stephanie A. Arend, J., entered February 9, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 36048-9-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIK PETTERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 01-1-01509-3, Sally F. Olsen, J., entered March 9, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 36296-1-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC FRANCIS SALAS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00138-5, M. Karlynn Haberly, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 36459-0-II.   Division Two.   March 11, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TYLER DION ACOSTA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05185-0, Sergio Armijo, J., entered May 18, 2007. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.